GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED _____ ____ LODGED
_____ RECEIVED _____ COPY

NOV 09 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Osvaldo Peres,<br><br>                    Defendant. | No.   CR-21-00938-PHX-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO:    18 U.S.C. § 924(a)(1)(A)<br>          (False Statement During Purchase of<br>          a Firearm)<br>          Count 1<br><br>          18 U.S.C. §§ 924(d) and 981;<br>          21 U.S.C. §§ 853 and 881; and<br>          28 U.S.C. § 2461(c)<br>          (Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about June 24, 2020, in the District of Arizona, Defendant OSVALDO PERES knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant OSVALDO PERES executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he was the actual buyer of the firearms, whereas in truth and fact, Defendant knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//

- 2 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
_____
FOREPERSON OF THE GRAND JURY
Date:  November 9, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


s/
_____
BRETT A. DAY
Assistant U.S. Attorney

- 3 -